# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRYAN BREWER**                                                          **PLAINTIFF**
**#879756**

v.                                      No. 3:26-cv-56-DPM

**JENNIFER SANDERS, Jail Administrator,**
**Independence County Detention Facility**                      **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Brewer's amended complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026