# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRYAN BREWER**                                                **PLAINTIFF**
**#879756**

**v.**                              **No. 3:26-cv-56-DPM**

**JENNIFER SANDERS, Jail Administrator,**
**Independence County Detention Facility**          **DEFENDANT**

## JUDGMENT

Brewer's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026